# Court of Appeals
# of the State of Georgia

ATLANTA, September 19, 2012

*The Court of Appeals hereby passes the following order*

**A13I0002. LOPER BROTHERS HOLDINGS, LLC d/b/a PIG IN A PIT et al v. SOUTHERN TRUST INSURANCE COMPANY AS SUBROGEE OF VIDEO WAREHOUSE, INC., et al .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

10CV44082



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, September 19, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*